CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JAN 1 3 2006
JOHN F. CORCORAN, CLERK
BY: /s/ McCormack
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TOMMY ALEXANDER, SR., ) | |
| Petitioner, ) | Civil Action No. 7:05CV00793 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| ) | By Hon. Jackson L. Kiser |
| R.D. MILES, WARDEN, ) | Senior United States District Judge |
| Respondent. ) | |

In accordance with the accompanying memorandum opinion, it is hereby

## ORDERED

that the petition for writ of habeas corpus filed by the petitioner shall be **DISMISSED** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent, if known.

ENTER: This 13th day of January, 2006.

/s/ Jackson L. Kiser
Senior United States District Judge