CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

FEB 0 7 2006

JOHN F. CORCORAN, CLERK
BY: HMcDonald
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TOMMY ALEXANDER, SR., <br> Petitioner, | Civil Action No. 7:05CV00793 |
| v. | **ORDER** |
| R.D. MILES, WARDEN, <br> Respondent. | By: Hon. Jackson L. Kiser <br> Senior United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the petitioner's motion to alter or amend judgment, pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, shall be and hereby is **DENIED**.

The Clerk is directed to send a certified copies of this memorandum opinion and accompanying order to the petitioner and counsel of record for the respondent.

ENTER: This 7th day of February, 2006.

/s/ Jackson L. Kiser
Senior United States District Judge